

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00020-CV

Maria V. **BARBOSA**,
Appellant

v.

Cristina **GALAN**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-10-0898-CVA
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against the appellant.

SIGNED March 6, 2024.

_____
Lori I. Valenzuela, Justice